NUMBER
13-09-00668-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

VICTOR HUGO BECERRA,                                                         Appellant,

 

                                                             v.

 

MARGARITA HILLS,                                                                       Appellee.


____________________________________________________________

 

                        On
appeal from County Court at Law No. 1

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Rodriguez and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Victor Hugo Becerra, perfected an appeal from a judgment entered by the County
Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-06-0130-A. 
Appellant has filed a motion to dismiss the appeal on grounds that the parties
have settled and compromised their differences.  Appellant requests that this
Court dismiss the appeal.

 

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the 18th

day of November, 2010.